**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

PATRICK JOYCE
          Plaintiff(s)

V.

THE UPPER CRUST, ET AL
          Defendant(s)

CIVIL ACTION

NO. 10-12204-DJC

**ORDER OF REFERENCE
FOR
ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to **\*\*PLEASE NOTE THIS CASE IS SET FOR TRIAL ON 10/19/15** for the following ADR program:

| | | | |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| x_____ | MEDIATION | _____ | MINI-TRIAL |
| _____ | SUMMARY JURY TRIAL | _____ | SETTLEMENT CONFERENCE |
| _____ | SPECIAL MASTER | | |
| _____ | PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM | | |

_____ Pro Bono Counsel to be appointed for limited purpose of mediation proceedings.

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

8/4/15                                          /s/ Denise J. Casper
DATE

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | | FELA | \_\_\_\_\_ |
| Antitrust | \_\_\_\_\_ | Labor Relations | \_\_\_\_\_ |
| Civil Rights | \_\_\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Contract | \_\_\_\_\_ | Personal Injury | \_\_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_\_ | Product Liability | \_\_\_\_\_ |
| Environmental | \_\_\_\_\_ | Shareholder Dispute | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | Other _____ | |