UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK JOYCE,  )<br>        Plaintiff  )<br>  )<br>vs.  )<br>  )<br>THE UPPER CRUST, LLC, *et al*  )<br>        **Defendants**  ) | Civil Action No: 10-cv-12204DJC |

**STIPULATION OF DISMISSAL**

Pursuant to F.R.Civ.P.41(a), the parties, by their respective attorneys, waiving all rights of appeal, stipulate that the above action and Defendant's counterclaim be dismissed with prejudice and without costs.

/s/Thomas Fowler                                          /s/David Berman

Thomas Fowler (BBO # 688521)          David Berman (BBO #040060)
Lichten & Liss-Riordan, P.C.                   800 West Cummings Park
729 Boylston Street                                  Suite No. 5325
Boston, MA 02116                                   Woburn, Massachusetts 01801
(617) 994-5800                                          Tel: (781) 937-9300
hlichten@llrlaw.com                                Fax: (781) 937-9303
tfowler@llrlaw.com                                 davidberman2@verizon.net

September 23rd 2015